IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRUCE MILLS and DEBORAH MILLS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. SA-23-CV-039-FB |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § § | |

### ORDER DISMISSING CASE AND JUDGMENT

The Court has considered the status of the above styled and referenced cause. On March 22, 2023, this Court entered a Show Cause Order giving notice to the parties that this case would be dismissed for failure to prosecute and/or failure to comply with a court order if the parties failed to file their proposed scheduling recommendations in this case which, based upon this Court's order of January 10, 2023 (docket #3), were due on or about March 3, 2023. The parties were ordered to file their response no later than **April 5, 2023**, or this case would be dismissed.

To date, the parties have not responded to the Show Cause Order. In fact, the last and only activity in this case occurred on January 9, 2023, when Defendant filed its Notice of Removal.

Because the parties have failed to comply with this Court's order of March 22, 2023, and the time for doing so has expired, the Court finds this case should be dismissed for failure to prosecute and/or failure to comply with a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Hickman v. Fox Television Station, Inc.*, 231 F.R.D. 248, 252 (S.D. Tex. 2005) ("Rule 41(b) of the Federal Rules of Civil Procedure permits a district court to dismiss a case for want of prosecution or failure to comply with a court order. The court's authority in this regard stems from its inherent power to control its docket and prevent undue delays in the disposition of pending cases.").

-2-

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's case is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for failure to comply with this Court's order and for failure to prosecute. IT IS FURTHER ORDERED that this case is now CLOSED.

It is so ORDERED.

SIGNED this 11th day of April, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE